**COURT OF APPEAL, FIRST CIRCUIT**

**STATE OF LOUISIANA**

RE: Docket Number  2023-CA-0980

Roydell Lumar

- - Versus - -

Central Transport, LLC and Cherokee Insurance
Company

Workers Compensation Administration, District
Office, 6
Case #: 2105193
St. Tammany Parish

On Application for Rehearing filed on04/30/2024by

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date ___May 17, 2023_____

_____
Rodd Naquin, Clerk